UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DOROTHY LOCKLEAR GOINS,
    Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,
    Defendant.

JUDGMENT

No. 7:15-CV-71-JG

**Decision by Court.**
This case came before the Honorable James E. Gates, United States Magistrate Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** defendant's motion for judgment on the pleadings is granted, plaintiff's motion for judgment on the pleadings is denied and the Commissioner's final decision is affirmed.

This Judgment Filed and Entered on September 27, 2016, with service via CM/ECF Notice of Electronic Filing on:

Karl E. Osterhout

Paul B. Eaglin

Elisa Donohoe

September 27, 2016

JULIE A. RICHARDS JOHNSTON, CLERK

/s/ Lisa W. Lee
(By): Lisa W. Lee, Deputy Clerk